# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:  )
**Gregory and Gladys Foster**  )   Case No. 05-22789
　　　Debtor(s).  )
　　)
　　)
　　)
　　)
　　)
　　)
　　)
　　)
　　)

### FINAL PRETRIAL ORDER FOR THE U.S. TRUSTEE'S MOTION TO DISMISS

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before **January 9, 2006**, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two** copies with the Pretrial Statement, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

<u>Trial is set for</u>　**January 11, 2006**　, <u>at</u>　2:00 p.m.　<u>Courtroom</u>　**642**

<u>Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.</u>

<u>An attorney who is a member of the trial bar under the provisions of Rule 600(B) of the local Bankruptcy Rules of this Court shall participate in the trial.</u>

ENTER:

　　　　　　　　　　　　　　　/s/ Susan Pierson Sonderby
　　　　　　　　　　　　　　　――――――――――――――――
　　　　　　　　　　　　　　　Judge

Dated: 12-28-05

Form Order No. 13