```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 22789
    GREGORY FOSTER
    GLADYS L FOSTER                           CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-3109     SSN XXX-XX-9618


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/19/2006 and was confirmed 06/26/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  31.25%.

     The case was paid in full 05/08/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
RICHARD M FOGEL            NOTICE ONLY    NOT FILED          .00          .00
M3 FINANCIAL SERVICES IN   UNSECURED      NOT FILED          .00          .00
WT SURGICENTER LLC         UNSECURED      NOT FILED          .00          .00
AMERICAN GENERAL FINANCE   SECURED NOT I       .00           .00          .00
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED          .00          .00
BMW FINANCIAL SERVICES     SECURED             .00           .00          .00
CHASE HOME FINANCE LLC     CURRENT MORTG       .00           .00          .00
ECMC                       FILED LATE      17784.34          .00          .00
ROGERS & HOLLAND           SECURED          2700.00       205.25      2700.00
DELL FINANCIAL SERVICES    SECURED           530.00        49.45       530.00
ROGERS & HOLLAND           UNSECURED         297.97          .00        93.11
WELLS FARGO                SECURED NOT I  NOT FILED          .00          .00
LVNV FUNDING SERVICES      UNSECURED OTH  17345.51           .00      5419.78
ASPIRE VISA                UNSECURED      NOT FILED          .00          .00
CALVARY PORTFOLIO          UNSECURED      NOT FILED          .00          .00
BOOKSPAN                   UNSECURED      NOT FILED          .00          .00
BRUCE NASH                 UNSECURED      NOT FILED          .00          .00
TIDEWATER MOTOR CREDIT     SECURED             .00           .00          .00
WORLD FINANCIAL NETWORK    UNSECURED         402.10          .00       125.64
CHASE MANHATTAN MTG CORP   NOTICE ONLY    NOT FILED          .00          .00
WFNNB                      UNSECURED      NOT FILED          .00          .00
CAPITAL ONE SERVICES       UNSECURED      NOT FILED          .00          .00
CAPITAL ONE SERVICES       UNSECURED      NOT FILED          .00          .00
CHASE                      UNSECURED        4895.50          .00      1529.70
CITIFINANCIAL              UNSECURED        3221.30          .00      1006.56
CITIFINANCIAL SERVICE      UNSECURED      NOT FILED          .00          .00
CONSULTANT IN PATHOLOGY    UNSECURED      NOT FILED          .00          .00
DELL FINANCIAL SERVICES    UNSECURED      NOT FILED          .00          .00
NORTH SHORE AGENCY INC     UNSECURED      NOT FILED          .00          .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED          .00          .00
INTERNAL REVENUE SERVICE   UNSECURED         460.78          .00       143.98
LABCORP HOLDINGS           UNSECURED      NOT FILED          .00          .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 22789 GREGORY FOSTER & GLADYS L FOSTER
```

```
MRSI                       NOTICE ONLY    NOT FILED            .00            .00
REVENUE PRODUCTION MGT     UNSECURED      NOT FILED            .00            .00
MUTUAL HOSPITAL            UNSECURED         568.00            .00         177.48
I C COLLECTION SERVICE     UNSECURED      NOT FILED            .00            .00
MITCHELL N KAY             UNSECURED      NOT FILED            .00            .00
VAN RU CREDIT              UNSECURED      NOT FILED            .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         662.65            .00         207.06
CHASE MANHATTAN MTG CORP   MORTGAGE ARRE    1160.85            .00        1160.85
INTERNAL REVENUE SERVICE   PRIORITY         8631.60            .00        8631.60
ARROW FINANCIAL SERVICES   UNSECURED         832.03            .00         259.98
BRAUN & EDWARDS CHARTERE   FILED LATE       2332.50            .00            .00
THOMAS M BRITT             DEBTOR ATTY       350.00                       350.00
TOM VAUGHN                 TRUSTEE                                      1,409.56
DEBTOR REFUND              REFUND                                          55.81

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                24,055.81

PRIORITY                                       8,631.60
SECURED                                        4,390.85
    INTEREST                                     254.70
UNSECURED                                      8,963.29
ADMINISTRATIVE                                   350.00
TRUSTEE COMPENSATION                           1,409.56
DEBTOR REFUND                                     55.81
                        --------------      --------------
TOTALS                 24,055.81               24,055.81
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/04/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 05 B 22789 GREGORY FOSTER & GLADYS L FOSTER